UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                                                                       :
ALEXANDRA FIALLOS, individually and as Parent and   :
Natural Guardian of L.V.F.,                                            :
                                                                       :
                                    Plaintiffs,                        :        26-CV-5346 (JMF)
                                                                       :
                   -v-                                                 :        ORDER
                                                                       :
KAMAR H. SAMUELS et al.,                                               :
                                                                       :
                                    Defendants.                        :
                                                                       :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        This case and others filed by the Liberty & Freedom Legal Group on behalf of students enrolled in the International Institute of the Brain ("iBrain") have been reassigned to the undersigned.  At first glance, the cases appear to involve common questions of law and fact.  Accordingly, the Court is inclined to consolidate the case with *Donohue v. Samuels*, No. 26-CV-5329 (JMF), and the others, at least for the purposes of resolving any pending motions for emergency relief.  *See* FED. R. CIV. P. 42.  On June 28, 2026, the Court shared that inclination with counsel in *Donohue*, directed counsel to address the issue of consolidation in letters to be filed on June 29, 2026, and scheduled a conference for June 30, 2025, at 11:15 a.m.  *See Donohue v. Samuels*, No. 26-CV-5329 (JMF), ECF Nos. 11, 13.  In light of the foregoing, and unless and until the Court orders otherwise, all deadlines and conferences in this case are hereby vacated.  Should any party in *this* case wish to be heard separately as to these matters (apart from being heard at the June 30, 2026 conference), that party shall file a letter motion, not to exceed one page, seeking leave to file a letter and explaining the need to do so.

        SO ORDERED.

Dated:  June 29, 2026                           _____
        New York, New York                              JESSE M. FURMAN
                                                        United States District Judge